# United States District Court

**FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

**CR 15 502**

RICHARD LAURENCE STEWART

DEFENDANT(S).

---

# INDICTMENT

18 U.S.C. § 922(a)(1) - Bank Robbery;
18 U.S.C. § 981(a)(1)(c) and 18 U.S.C. § 2461(c) - Forfeiture Allegation

---

A true bill.

_____ Foreman

Filed in open court this __27th__ day of

__October, 2015__.

_____Stephen Ybarra_____ Clerk

_____ Bail, $ __No process__

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

─── OFFENSE CHARGED ───

Counts 1 to 4:
18 U.S.C. Section 2113(a) - Bank Robbery (Class C Felony)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
Maximum Prison Term of 20 years;
Maximum Fine of $250,000;
Maximum Term of Supervised Release of 3 years;
Mandatory Special Assessment of $100;
Potential Deportation

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

2015 OCT 27 P 1:52

─── DEFENDANT - U.S. ───
RICHARD LAURENCE STEWART

DISTRICT COURT NUMBER
CR 15 502

─── PROCEEDING ───

Name of Complaintant Agency, or Person (& Title, if any)
FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   BRIAN J. STRETCH
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Lloyd Farnham

─── DEFENDANT ───

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction      } ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year   October 18, 2015
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT   Bail Amount:
If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

FILED
2015 OCT 27 P 1: 52
SUSAN...
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 15 502 WHA |
| Plaintiff, ) | |
| v. ) | VIOLATIONS: Title 18, United States Code, Section 2113(a) – Bank Robbery; Title 18 U.S.C. Section 981(a)(1)(c) and Title 28 U.S.C. Section 2461(c) – Forfeiture Allegation |
| RICHARD LAURENCE STEWART, ) | |
| Defendant. ) | SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE: (18 U.S.C. § 2113(a) – Bank Robbery)

On or about May 12, 2015, in the Northern District of California, the defendant,

RICHARD LAURENCE STEWART,

did knowingly, and by force and violence, and by intimidation, attempt to take away from the persons and presence of employees of the Chase Bank, 1720 Fulton Street, San Francisco, California, property,

INDICTMENT                                               1

money, and any other thing of value, belonging to and in the care, custody, control, management, and possession of Chase Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation (FDIC), in violation of Title 18, United States Code, Section 2113(a).

COUNT TWO: (18 U.S.C. § 2113(a) – Bank Robbery)

On or about May 13, 2015, in the Northern District of California, the defendant,

RICHARD LAURENCE STEWART,

did knowingly, and by force and violence, and by intimidation, take away from the persons and presence of employees of the Bank of America, 2310 Fillmore Street, San Francisco, California, approximately $7,100.00 in United States currency belonging to and in the care, custody, control, management, and possession of Bank of America, the deposits of which were then insured by the Federal Deposit Insurance Corporation (FDIC), in violation of Title 18, United States Code, Section 2113(a).

COUNT THREE: (18 U.S.C. § 2113(a) – Bank Robbery)

On or about October 14, 2015, in the Northern District of California, the defendant,

RICHARD LAURENCE STEWART,

did knowingly, and by force and violence, and by intimidation, take away from the persons and presence of employees of the US Bank, 443 Castro Street, San Francisco, California, approximately $316.00 in United States currency belonging to and in the care, custody, control, management, and possession of US Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation (FDIC), in violation of Title 18, United States Code, Section 2113(a).

COUNT FOUR: (18 U.S.C. § 2113(a) – Bank Robbery)

On or about October 16, 2015, in the Northern District of California, the defendant,

RICHARD LAURENCE STEWART,

did knowingly, and by force and violence, and by intimidation, take away from the persons and presence of employees of the California Bank & Trust, 1696 Post Street, San Francisco, California, approximately $6,760.00 in United States currency belonging to and in the care, custody, control, management, and possession of California Bank & Trust, the deposits of which were then insured by the Federal Deposit Insurance Corporation (FDIC), in violation of Title 18, United States Code, Section 2113(a).

**FORFEITURE ALLEGATION:** (18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

The allegations of Counts One through Four of this Indictment are re-alleged and incorporated as if fully set forth herein. Upon a conviction of the offenses alleged in Counts One through Four above, the defendant,

RICHARD LAURENCE STEWART,

shall forfeit to the United States, all property which constitutes and is derived from proceeds traceable to said offenses, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

If, as a result of any act or omission of the defendant, any of said property:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to or deposited with, a third person;
a. has been placed beyond the jurisdiction of the Court;
b. has been substantially diminished in value; or
c. has been commingled with other property which, without difficulty cannot be subdivided;

any and all interest defendant has in any other property (not to exceed the value of the above forfeitable property) shall be forfeited to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (p) (as incorporated by 28 U.S.C. § 2461(c)).

DATED:                                                         A TRUE BILL.

10/27/15

_____
FOREPERSON

BRIAN J. STRETCH
Acting United States Attorney

_____
KEVIN J. BARRY
Chief, General Crimes Section

(Approved as to form: _____)
AUSA FARNHAM

INDICTMENT                                                     3