1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  LLOYD FARNHAM (CABN 202231)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102-3495
   Telephone: (415) 436-6973
7  Facsimile: (415) 436-7027
   lloyd.farnham@usdoj.gov
8
   Attorneys for United States of America
9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                            SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,            )  CASE NO. 3:15-CR-502 WHA
14                                       )
        Plaintiff,                       )
15                                       )  **STIPULATION AND [PROPOSED] ORDER
     v.                                  )  EXCLUDING TIME UNDER THE
16                                       )  SPEEDY TRIAL ACT FROM NOVEMBER 10,
   RICHARD LAURENCE STEWART,             )  2015 TO DECEMBER 1, 2015**
17                                       )
        Defendant.                       )
18                                       )
                                         )
19

20

21

22

23     On November 10, 2015, defendant Richard Laurence Stewart appeared before this Court. At the

24  hearing, the Court directed the parties to appear on December 1, 2015, for a further status conference.

25  The parties agree that the defendant's counsel requires additional time to review discovery provided by

26  the government, and the parties agree that the additional time is necessary for effective preparation.

27  Therefore, the parties agree and jointly request that the time between November 10, 2015 and December

28  1, 2015 should be excluded in order to ensure reasonable time necessary for the effective preparation of

STIPULATION AND PROPOSED ORDER
CASE NO. 3:15-CR-502 WHA

counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties agree that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: November 10, 2015                     Respectfully Submitted,

BRIAN J. STRETCH
Acting United States Attorney

 /s/ Lloyd Farnham
LLOYD FARNHAM
Assistant United States Attorney


OFFICE OF THE FEDERAL
PUBLIC DEFENDER

 /s/ Elizabeth Falk
ELIZABETH FALK
Attorney for Defendant Richard Laurence Stewart

### [PROPOSED] ORDER

For the reasons stated above, the Court finds that the exclusion of time from November 10, 2015, through and including December 1, 2015, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny the defendant effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED:  November 17, 2015.                     _____
HON. WILLIAM ALSUP
United States District Court Judge

STIPULATION AND PROPOSED ORDER
CASE NO. 3:15-CR-502 WHA