BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

SHAILIKA S. KOTIYA (NCBN 42334)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7443
    Facsimile: (415) 436-7027
    shailika.kotiya@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 3:15-CR-0502 WHA |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED] ORDER** |
| v. | ) | **EXCLUDING TIME UNDER THE** |
| | ) | **SPEEDY TRIAL ACT FROM DECEMBER 1,** |
| RICHARD LAURENCE STEWART, | ) | **2015 TO JANUARY 12, 2016** |
| Defendant. | ) | |
| | ) | |
| | ) | |

    On December 1, 2015, defendant Richard Laurence Stewart appeared before this Court.  At the hearing, the Court directed the parties to appear on January 12, 2016, for a further status conference. The parties agree that the defendant's counsel requires additional time to review discovery provided by the government, and the parties agree that the additional time is necessary for effective preparation. Therefore, the parties agree and jointly request that the time between December 1, 2015 and January 12, 2016 should be excluded in order to ensure reasonable time necessary for the effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties agree that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

1   DATED: December 3, 2015                    Respectfully Submitted,

2                                              BRIAN J. STRETCH
                                               Acting United States Attorney
3
                                                /s/ Shailika Kotiya
4                                              SHAILIKA S. KOTIYA
                                               Assistant United States Attorney
5

6                                              OFFICE OF THE FEDERAL
                                               PUBLIC DEFENDER
7

8                                               /s/ Elizabeth Falk
                                               ELIZABETH FALK
9                                              Attorney for Defendant Richard Laurence Stewart

10

11

12

13                          [~~PROPOSED~~] ORDER

14          For the reasons stated above, the Court finds that the exclusion of time from December 1, 2015,

15   through and including January 12, 2016, is warranted and that the ends of justice served by the

16   continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C.

17   § 3161(h)(7)(A). The failure to grant the requested continuance would deny the defendant effective

18   preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

19          IT IS SO ORDERED.

20

21   DATED:   December 7, 2015.

22                                             HON. WILLIAM ALSUP
                                               United States District Court Judge
23

24

25

26

27

28

STIPULATION AND ~~PROPOSED~~ ORDER
CASE NO. 3:15-CR-502 WHA