1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  SHAILIKA S. KOTIYA (NCBN 42334)
   Assistant United States Attorney
5
         450 Golden Gate Avenue, Box 36055
6        San Francisco, California 94102-3495
         Telephone: (415) 436-7443
7        Facsimile: (415) 436-7027
         shailika.kotiya@usdoj.gov
8
   Attorneys for United States of America
9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,            )  CASE NO. 3:15-CR-0502 WHA
14                                      )
         Plaintiff,                     )
15                                      )  **STIPULATION AND [PROPOSED] ORDER
      v.                                )  EXCLUDING TIME UNDER THE
16                                      )  SPEEDY TRIAL ACT FROM JANUARY 12,
   RICHARD LAURENCE STEWART,            )  2016 TO JANUARY 26, 2016.**
17                                      )
         Defendant.                     )
18                                      )
                                        )
19

20       On January 12, 2016, the defendant's counsel appeared before this Court. The defendant,

21 Richard Laurence Stewart, was not present. At the hearing, the Court directed the parties to appear on

22 January 26, 2016, for a further status conference. The parties agree that the additional time is necessary

23 due to the defendant's unavailability and for effective preparation of counsel. Therefore, the parties

24 agree and jointly request that the time between January 12, 2016, and January 26, 2016, should be

25 excluded in order to obtain the defendant's availability and appearance pursuant to 18 U.S.C.

26 § 3161(h)(3)(A) and in order to provide reasonable time necessary for the effective preparation of

27 counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The parties agree that the ends of justice served by

28 granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

STIPULATION AND PROPOSED ORDER
CASE NO. 3:15-CR-502 WHA

DATED: January 12, 2016

Respectfully Submitted,

BRIAN J. STRETCH
Acting United States Attorney

 /s/ Shailika Kotiya
SHAILIKA S. KOTIYA
Assistant United States Attorney


OFFICE OF THE FEDERAL
PUBLIC DEFENDER

 /s/ Elizabeth Falk
ELIZABETH FALK
Attorney for Defendant Richard Laurence Stewart

**[PROPOSED] ORDER**

For the reasons stated above, the Court finds that the exclusion of time from January 12, 2016, through and including January 26, 2016, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would fail to secure the defendant's availability, would deny effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. §§ 3161(h)(3)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

DATED:  January 19, 2016.

HON. WILLIAM ALSUP
United States District Court Judge

STIPULATION AND ~~PROPOSED~~ ORDER
CASE NO. 3:15-CR-502 WHA