1  STEVEN G. KALAR
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   (415) 436-7700
5
   Counsel for Defendant STEWART

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 15-502 WHA |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER EXCLUDING TIME UNDER 18** |
| RICHARD STEWART, | ) | **U.S.C. § 3161** |
| Defendant. | ) | |

The United States of America, by and through its attorney of record, and the above-captioned defendant, Richard Stewart, by and through his attorney of record, hereby stipulate:

1. Defense counsel is unavailable at the date and time of the currently scheduled hearing due to *Daubert* hearings recently scheduled in *U.S. v. Ryan Chamberlain*, CR No. 14-316. These hearings are scheduled for February 5th and February 8th in front of Judge Chhabria in anticipation of a month long trial.

2. Due to defense counsel's need to prepare for these *Daubert* hearings, she cannot effectively prepare Mr. Stewart to change his plea.

3. The parties concur that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel and continuity of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time for the purposes of effective preparation/continuity of counsel outweigh the

1  best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

2  Accordingly, due to the reasons stated above, the parties jointly move to continue the status
3  hearing from February 9, 2016 at 2:00 p.m. to February 23, 2016 at 2:00 p.m.

4  SO STIPULATED:

                        BRIAN STRETCH
                        Acting United States Attorney

8  DATED:    February 4, 2016            _____/s/_____
                        SHAILIKA KOTIYA
9                         Assistant United States Attorneys

11  DATED:    February 4, 2016            _____/s/_____
                        ELIZABETH FALK
12                        Attorney for Defendant Richard Stewart

15  [~~PROPOSED~~] ORDER

16  For the reasons stated above the Court hereby CONTINUES the status hearing in the
17  aforementioned case from February 9, 2016 to February 23, 2016 at 2:00 p.m.  The Court further
18  finds that the exclusion from the time limits of this period applicable under 18 U.S.C. § 3161 is
19  warranted and that the ends of justice served by the continuance outweigh the best interests of
20  the public and the defendant in a speedy trial.   Denying the requested exclusion of time would
21  deprive the defendant effective preparation of counsel, taking into account the exercise of due
22  diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

24  IT IS SO ORDERED.

26  DATED: February 4, 2016.                  _____
                            THE HONORABLE WILLIAM ALSUP
27                            United States District Judge