1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  SHAILIKA S. KOTIYA (NCBN 42334)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7443
7      Facsimile: (415) 436-7027
       shailika.kotiya@usdoj.gov
8
   Attorneys for United States of America
9

10                           UNITED STATES DISTRICT COURT

11                          NORTHERN DISTRICT OF CALIFORNIA

12                               SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,          )   CASE NO. 3:15-CR-0502 WHA
14                                    )
       Plaintiff,                    )
15                                    )   **STIPULATION AND [PROPOSED] ORDER**
     v.                              )   **CONTINUING SENTENCING HEARING.**
16                                    )
   RICHARD LAURENCE STEWART,          )
17                                    )
       Defendant.                    )
18                                    )
                                      )
19

20       On March 1, 2016, the defendant, Richard Laurence Stewart, pursuant to a written plea

21 agreement, entered a guilty plea to Counts One, Two, Three and Four of the Indictment.  [D.E. 29, 30].

22 The sentencing hearing is currently scheduled for June 14, 2016 at 2:00 PM before the Honorable

23 William Alsup.  Due to the unavailability of government counsel and to provide defense counsel

24 sufficient opportunity to prepare in advance of the sentencing hearing, the parties agree and jointly

25 request that the Court continue the sentencing hearing to July 12, 2016 at 2:00 PM.  The defendant is not

26 in custody and is currently enrolled in a residential drug treatment program at New Bridge Foundation in

27 Berkeley, California.  The undersigned Assistant United States Attorney has consulted with United

28 States Probation Officer Emily Libby and the Probation Officer is in agreement with this proposed date.

STIPULATION AND PROPOSED ORDER
CASE NO. 3:15-CR-502 WHA

| | |
|---|---|
| DATED: March 8, 2016 | Respectfully Submitted, |
| | BRIAN J. STRETCH<br>Acting United States Attorney |
| | /s/ Shailika Kotiya<br>SHAILIKA S. KOTIYA<br>Assistant United States Attorney |
| | OFFICE OF THE FEDERAL<br>PUBLIC DEFENDER |
| | /s/ Elizabeth Falk<br>ELIZABETH FALK<br>Attorney for Defendant Richard Laurence Stewart |

## [PROPOSED] ORDER

Pursuant to the stipulation submitted by the parties and good cause having been shown, the Court hereby CONTINUES the date scheduled for the sentencing hearing in this matter from June 14, 2016 to July 12, 2016.

IT IS SO ORDERED.

DATED: March 14, 2016.

HON. WILLIAM ALSUP
United States District Court Judge

STIPULATION AND PROPOSED ORDER
CASE NO. 3:15-CR-502 WHA